**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11   JAMES D SMITH,                          No. C-12-02463  (DMR)

12            Plaintiff(s),                  **ORDER REASSIGNING CASE TO
                                             EUREKA DIVISION**
13        v.

14   OFFICE OF THE ATTORNEY GENERAL,

15            Defendant(s).
     _____/
16

17        Because Plaintiff resides in Ukiah, California, the court hereby orders this case reassigned to

18   the Eureka Division of the Northern District of California.

19

20        IT IS SO ORDERED.

21

22   Dated:  May 18, 2012

23                                           _____
                                             DONNA M. RYU
24                                           United States Magistrate Judge

25

26

27

28