1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JAMES D. SMITH,

10              Plaintiff,                              No. C 12-02463 JSW

11        v.

12   OFFICE OF THE ATTORNEY GENERAL,          **ORDER**
     ET AL.,

13

14              Defendants.

15   _____/

16          Due to the multiple amended complaints filed in this matter and in order to clarify, the

17   Court HEREBY ORDERS as follows:

18          (1)    the operative complaint is the second amended complaint received by the Court

19                 on August 24, 2012 (docket no. 35), which shall be deemed filed as of that date;

20          (2)    Defendants' prior motion to dismiss is rendered moot by the filing of an

21                 amended complaint (docket no. 18);

22          (3)    Defendants' responsive pleading is due no later than 14 days after service of the

23                 second amended complaint;

24          (4)    Plaintiff's motion for summary judgment and attendant filings are mooted by the

25                 filing of a second amended complaint (docket nos. 19 and 36);

26          (5)    Plaintiff may re-notice a consolidated motion for hearing on a date available on

27                 the Court's calendar and no less than 35 days out from filing of the motion;

28

**United States District Court**
For the Northern District of California

1   (6)   the case management conference, scheduled for September 14, 2012 at 1:30 p.m.

2   is premature considering the state of the pleadings.  Therefore, the initial case

3   management conference is VACATED and shall be reset by further order, if

4   necessary.  This moots Defendants' motion to continue the case management

5   conference (docket no. 30).

6

7   **IT IS SO ORDERED.**

8   Dated:  September 5, 2012



9   JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6       JAMES D SMITH,                                    Case Number: CV12-02463 JSW

7                         Plaintiff,               **CERTIFICATE OF SERVICE**

8               v.

9       OFFICE OF THE ATTORNEY GENERAL
        et al,

10                        Defendant.
                                                      /
11

12      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
        District Court, Northern District of California.
13
        That on September 5, 2012, I SERVED a true and correct copy(ies) of the attached, by
14      placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
        listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
15      inter-office delivery receptacle located in the Clerk's office.

16

17
        James D. Smith
18      705 N. State Street #547
        Ukiah, CA 95482
19

20
        Dated: September 5, 2012
21                                                    Richard W. Wieking, Clerk
                                                      By: Jennifer Ottolini, Deputy Clerk
22

23

24

25

26

27

28