United States District Court
For the Northern District of California

1
2
3
4
5
6         IN THE UNITED STATES DISTRICT COURT
7
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 JAMES D. SMITH,                       No. C 12-02463 JSW

10         Plaintiff,              **ORDER REGARDING ORDER TO SHOW CAUSE AND VACATING**

11   v.                           **BRIEFING SCHEDULE ON MOTION FOR LEAVE TO FILE**

12 KAMALA HARRIS, et al.,           **SEVENTH AMENDED COMPLAINT AND MOTION FOR**

13         Defendants.           **A PRELIMINARY INJUNCTION**
                                    /

14

15      This matter comes before the Court upon consideration of the response to an Order to

16 Show Cause dated January 16, 2013, filed by Plaintiff, James D. Smith ("Mr. Smith"). On

17 November 5, 2012, because of the multiple amended complaints and motions filed in this matter

18 and in order to clarify, the Court Ordered that the operative complaint would be the fifth

19 amended complaint received by the Court on October 19, 2012 (Docket No. 51), which was

20 deemed filed as November 5, 2012. (*See* Docket No. 56.)

21      In that Order, the Court also ordered that the fifth amended complaint would be the

22 LAST iteration of the complaint filed in this matter, and it required Defendants to file their

23 responsive pleading by no later than 14 days after service of the Order dated November 5, 2012.

24 Notwithstanding this Order, on November 13, 2012, Mr. Smith filed a motion for leave to file a

25 *sixth* amended complaint. On November 20, 2012, Defendants moved to dismiss the fifth

26 amended complaint.

27      On January 16, 2013, the Court denied Mr. Smith's motion for leave to file a sixth

28 amended complaint, on the basis that the Court had ordered that the fifth amended complaint

1   would be the LAST iteration of the Complaint.  (Docket No. 61.)

2      Because the Mr. Smith had not filed a response to Defendants' motion to dismiss the

3   fifth amended complaint, the Court also ordered Mr. Smith to show cause why the case should

4   not be dismissed for failure to prosecute, and it directed Mr. Smith to file a response to the

5   Order to Show Cause by February 1, 2013.  The Court also noted that if Mr. Smith sought to

6   file a belated opposition brief to Defendants' motion, he must show good cause for his request

7   and must submit a proposed opposition brief with that request.  The Court also ordered that any

8   such request would also be due by no later than February 1, 2013.

9      On January 30, 2013, Mr. Smith filed a Notice of Appeal of the Court's Order dated

10  January 16, 2013, as well as several orders that the Court issued earlier in the case.  Mr. Smith

11  also filed his response to the Order to Show Cause, setting forth his reasons why the Court

12  should not dismiss the case for failure to prosecute.  However, Mr. Smith did not seek leave to

13  file a belated opposition to the pending motion to dismiss.

14     On February 8, 2013, the Court issued an Order in which it deferred ruling on Mr.

15  Smith's response to the Order to Show Cause, pending resolution of the appeal.  On February

16  28, 2013, the United States Court of Appeals for the Ninth Circuit dismissed Mr. Smith's appeal

17  for lack of jurisdiction, and it issued the mandate on March 25, 2013.

18     The Court has considered Mr. Smith's Response to the Order to Show Cause.  Mr.

19  Smith is proceeding *pro se*, and the Court is required to construe his pleadings liberally.  In one

20  of his most recent filings, Mr. Smith states that he thought he could continue to amend his

21  complaint until the first hearing.  (*See* Docket No. 72, Motion for Preliminary Injunction at 14.)

22  Notwithstanding his *pro se* status, Mr. Smith is required to follow the Federal Rules of Civil

23  Procedure and the Northern District Civil Local Rules and abide by this Court's Orders.

24  *Ghazali v. Moran*, 46 F.3d, 52, 54 (9th Cir. 1995) (noting that *pro se* litgants are bound by the

25  rules of procedure), *cert denied*, 516 U.S. 838 (1995); Civil L.R. 3-9(a).

26     The Court's Order dated November 5, 2012 made it abundantly clear that the fifth

27  amended complaint would be the LAST iteration of the complaint.  The Court also clearly

28  advised Plaintiff that an opposition to Defendant's responsive pleading "shall be filed by

*United States District Court*
For the Northern District of California

2

1   Plaintiff within 14 days of the Defendants' pleading or this case shall be DISMISSED."

2   (Docket No. 56 at 2:3-6 (emphasis in original).)  Despite the Court's clear directive that the fifth

3   amended complaint would be the LAST iteration of the complaint, and despite the Order to

4   Show Cause, Mr. Smith chose not to file an opposition to Defendants' motion to dismiss the

5   fifth amended complaint.  Rather, after the Ninth Circuit dismissed his appeal, he filed a motion

6   for leave to file yet another amended complaint, the *seventh* in this case, in which he seeks to

7   add Governor Brown as a defendant and includes additional allegations.  Mr. Smith also filed a

8   motion for a preliminary injunction.  (*See* Docket Nos. 70, 72.)  Although it is clear that Mr.

9   Smith seeks to prosecute this case, he has not complied with this Court's Order.  Therefore,

10  although the Court shall not dismiss this case for failure to prosecute, it shall issue a ruling on

11  the motion to dismiss the fifth amended complaint.

12      If the Court concludes that the motion to dismiss the fifth amended complaint should be

13  granted, the Court shall consider Mr. Smith's proposed seventh amended complaint *solely* to

14  determine whether or not it would be futile to grant Mr. Smith leave to amend.  For these

15  reasons, the Court VACATES the briefing schedule relating to the motion for leave to file a

16  seventh amended complaint and the motion for a preliminary injunction, pending further order

17  of the Court.

18      **IT IS SO ORDERED.**

19  Dated: April 12, 2013

20                                                      JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

3

**United States District Court**
For the Northern District of California

1

2

3

4

5   UNITED STATES DISTRICT COURT

6   FOR THE

7   NORTHERN DISTRICT OF CALIFORNIA

8

9   JAMES D SMITH,                                    Case Number: CV12-02463 JSW

10           Plaintiff,                               **CERTIFICATE OF SERVICE**

11      v.

12   OFFICE OF THE ATTORNEY GENERAL
     et al,
13
             Defendant.
14   _____/

15
     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
16   District Court, Northern District of California.

17   That on April 12, 2013, I SERVED a true and correct copy(ies) of the attached, by placing
     said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
18   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
     delivery receptacle located in the Clerk's office.

19

20

21   James D. Smith
     705 N. State Street #547
22   Ukiah, CA 95482

23

24   Dated: April 12, 2013
                                                     Richard W. Wieking, Clerk
25                                                   By: Jennifer Ottolini, Deputy Clerk

26

27

28